UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIDICE GARCIA ASTORGA,<br><br>Petitioner,<br><br>v.<br><br>JULIO HERNANDEZ *et al.*,<br><br>Respondents. | Case No. C26-3075-MLP<br><br>ORDER DIRECTING SUPPLEMENTAL BRIEFING |

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 asserting that she is detained in violation of the Due Process Clause. (Dkt. # 1 at 1, 19.) The parties agree Petitioner was paroled from September 2022 to November 2022, but nonetheless remained on release for approximately three more years after parole had nominally expired.

The parties do not address the cases that have inferred parole was effectively continued under similar circumstances, such as *Popova v. Blanche*, 2026 WL 1242984, at *3 (W.D. Wash. May 6, 2026), and *Asad v. Noem*, 2026 WL 775628, at *2 (W.D. Wash. Mar 19, 2026). Accordingly, the Court lacks sufficient information to adjudicate this petition. The parties are hereby ORDERED to submit additional briefing addressing the issue of Respondents' redetention of the Petitioner, including but not limited to the statutory authority and procedural

requirements for such redetention. Each party shall submit a brief, not to exceed 1,250 words, attaching declarations if necessary, by **September 16, 2026**. The Clerk is directed to re-note this matter for the Court's consideration for **September 16, 2026**.

Dated this 14th day of September, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge